IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No. ELH-16-0469 |
| MARTIN R. HALL | * | |

*****

ORDER SEALING DOCUMENT(S)

For good cause shown, it is, this  12th  day of  October  2018,

**ORDERED** that:

The following documents are sealed:

**Restitution List**; and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the filing of sealed documents.

☐ The public docket shall reflect entry of this order and the filing of sealed documents but not the nature of the sealed documents.

☑ The public docket shall reflect entry of this order and the nature of the sealed documents.

Ellen L. Hollander
United States District Judge

Sealing Order - Criminal Documents (10/20/2005)