**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

July 6, 2022

**LEGAL MAIL**

Martin R. Hall, #62377-037
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, New Jersey  08640

  Re: *United States of America v. Martin R. Hall*
     Criminal No.:  ELH-16-0469

Dear Mr. Hall:

  As you may recall, you previously wrote to me, seeking, in essence, to seal unspecified documents filed in your case, for reasons relating to personal safety and the nature of the underlying offense.

  Several filings have already been sealed, such as the Presentence Report (ECF 75) and the Court's Statement of Reasons (ECF 81).  But, the offense to which you pled guilty is set forth in the Plea Agreement (ECF 71), and that filing would be available to someone who has access to PACER.

  Sealing is not routine, however, because of the requirements of the First Amendment and the public right of access.  You may wish to discuss the matter with the lawyer who you retained to represent you in this case.

  In any event, by a copy of this letter to AUSA Paul Budlow, I ask the government to advise the Court within 30 days as to whether any additional filings are appropriate for sealing, beyond those that are already sealed, and if so, which ones.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                Sincerely,

                                                /s/
                                        Ellen L. Hollander
                                        United States District Judge

ELH/kw

cc:  Paul Budlow, Esquire
      Assistant United States Attorney