IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES,<br>    *Plaintiff,*<br><br>v.<br><br>MARTIN R. HALL<br><br>    *Defendant.* | Criminal Action No. ELH-16-469 |

## ORDER

Defendant Martin R. Hall wrote letters to the Court docketed on January 21, 2021, and March 23, 2021, in which he asked the Court to seal unspecified records in this case for reasons relating to personal safety and the nature of the underlying offense. ECF 84; ECF 86 (collectively, the "Motion"). At the Court's request (ECF 87), the government responded to the Motion on July 27, 2022. ECF 88 (the "Opposition"). It opposes the Motion. The defendant has replied. ECF 89.

For the sound reasons stated in the Opposition, I shall deny the Motion. Therefore, it is this 18th day of August, 2022, by the United States District Court for the District of Maryland, hereby **ORDERED** that the defendant's Motion seeking to seal records (ECF 84; ECF 86) is DENIED.

And it is further ORDERED that the Clerk shall mail a copy of this Order to the defendant.

                                                                                   /s/
                                             Ellen Lipton Hollander
                                             United States District Judge